FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PADILLA-CASTRO, | Case No. CV 12-0741-SVW (JPR) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| LINDA SANDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3/4/13

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE